UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
OMAR FERNARDO VIERA AYUSO
LOYDA ESTADES CARRASQUILLO

DEBTOR (S)

CASE NO. 08-04594-BKT

CHAPTER 13

# AMENDED TRUSTEE'S UNFAVORABLE REPORT
## ON PROPOSED POST CONFIRMATION PLAN MODIFICATION

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1329**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**    Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$1,950.00**    R2016 STM. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,524.00    Fees paid: $2,524.00    Fees Outstanding: $0.00**

With respect to the proposed (amended) Plan dated: **4/1/2011** (Dkt 54).    Plan Base: **28,060.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Feasibility [§1325(a)(6)]: Default in payments to Trustee.
   Under the proposed plan, Debtors are 2 months, or $600.00, in arrears with the Trustee. In order to obtain a favorable report Debtors must be current with their plan payments.

- Other/Comments
   NONE.

Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

In San Juan, Puerto Rico this June 30, 2011.

/s/ Nannette Godreau -Staff Attorney
_____
JOSE R. CARRION
CHAPTER 13 TRUSTEE
PO Box 9023884, San Juan, PR 00902-3884
Tel. (787) 977-3535  Fax  (787) 977-3550